UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00096-APG-CWH |
| Plaintiff, | |
| v. | |
| FRANCISCO RUIZ ALVAREZ, | **ORDER** |
| Defendant. | |

Presently before the court is Defendant Francisco Ruiz Alvarez's motion for a new attorney (ECF No. 49), filed on November 21, 2016. Defendant, who is represented in this matter by Rebecca Levy, requests that his letter be construed as a motion to the court. The court will do so, but under Local Rule IA 11-6(a), a party who has appeared by attorney cannot while so represented appear or act in a case on his own behalf. The court will therefore deny Defendant's motion and advise Defendant's counsel to meet and confer with Defendant regarding the possibility of filing further motions regarding Defendant's representation in this matter.

IT IS THEREFORE ORDERED that Defendant's motion for a new attorney (ECF No. 49) is DENIED without prejudice.

DATED: December 2, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1